1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8                          -oOo-

9  UNITED STATES OF AMERICA,          )
                                      )   Case No.: 2:13-cr-00404-GMN-CWH
10            Plaintiff,              )
                                      )   **ORDER TO UNSEAL CASE**
11       vs.                          )
                                      )
12  RONALD DAY,                       )
                                      )
13            Defendant.              )
                                      )
14 _____)

15        Based on the Motion of the Government, and good cause appearing therefore, IT IS

16  HEREBY ORDERED that the Indictment filed on November 5, 2013 in the above-captioned

17  case, along with all subsequent and further proceedings, shall be unsealed.

18        **IT IS SO ORDERED** this 12th day of November, 2013.

19

20

21                                    _____
                                      Gloria M. Navarro
22                                    United States District Judge

23

24